No. 1331. BROWN ET AL., TRUSTEES *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Motion of Girard College Alumni for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Arthur Littleton, John Russell, Jr., Ernest R. von Starck,* and *Richard P. Brown, Jr.,* for petitioners. *Levy Anderson* for City of Philadelphia, and *Charles J. Biddle, William T. Coleman,* and *Robert W. Maris* for Pennsylvania et al., respondents. *Philip Price* for Girard College Alumni, as *amicus curiae,* in support of the petition. ▮

No. 899, Misc. RASMUSSEN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Horace Wheatley,* Deputy Attorney General, for respondent.

No. 926, Misc. FLETCHER *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *William E. Gray* for petitioner. *Crawford C. Martin,* Attorney General of Texas, and *Howard M. Fender,* Assistant Attorney General, for respondent.

No. 948, Misc. GONZALES *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Robert H. Francis,* Deputy Attorney General, for respondent.

No. 999, Misc. BRAM *v.* HEROLD, STATE HOSPITAL DIRECTOR. C. A. 2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *John G. Proudfit,* Assistant Attorney General, for respondent.